UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JEANETTE LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. C20-6183-SKV<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability and disability insurance benefits (DIB) under Title II be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.  On remand, the Commissioner will (1) reevaluate the medical opinions and prior administrative medical findings; (2) as warranted, reevaluate Plaintiff's maximum residual functional capacity; (3) if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and (4) offer Plaintiff the

Page 1        ORDER - [C20-6183-SKV]

opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 17th day of September 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov